SEYFARTH SHAW LLP
Dana L. Peterson (State Bar No. 178499) (dpeterson@seyfarth.com)
Michael J. Burns (State Bar No. 172614) (mburns@seyfarth.com)
Sharon Ongerth Rossi (State Bar No. 232725) (srossi@seyfarth.com)
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendants
SERCO GROUP PLC, SERCO INC., improperly sued as
SERCO, INC. DE; RAQUEL SANCHEZ;
KEITH HULBERT; and MIKE HENRY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY SANOCKI,<br><br>  Plaintiff,<br><br>  v.<br><br>SERCO GROUP PLC, SERCO, INC. DE, PAUL CARPMAEL, an individual, RAQUEL SANCHEZ, an individual, KEITH HULBERT, an individual, MIKE HENRY, an individual, and DOES 1-50, inclusive,<br><br>  Defendants. | Case No. _____<br><br>**[Removed from San Francisco Superior Court Case No. CGC-07-0465608]**<br><br>**DISCLOSURE STATEMENT OF DEFENDANTS SERCO INC. AND SERCO GROUP PLC**<br><br>[Fed. R. Civ. P. 7.1] |

//
//
//
//
//
//
//
//
//

| | |
|---|---|
| 1 | Pursuant to Federal Rule of Civil Procedure Rule 7.1, Defendant SERCO INC. |
| 2 | (improperly sued as SERCO, INC. DE) ("Serco Inc.") states that Serco Group, Inc. is its parent |
| 3 | corporation. No publicly held corporation owns more than ten percent of Serco Inc. stock. |
| 4 | Defendant SERCO GROUP PLC ("Serco Group") that it does not have a parent corporation. No |
| 5 | publicly held corporation owns more than ten percent of Serco Group stock. |

DATED: May 30, 2008

SEYFARTH SHAW LLP

By _____
Sharon Rossi
Attorneys for Defendants
SERCO GROUP PLC, SERCO, INC.,
improperly sued as SERCO, INC. DE;
RAQUEL SANCHEZ; KEITH HULBERT;
and MIKE HENRY

SF1 28323541.1

---

2

MASTER CAPTION / CASE NO. CGC-07-465608