SEYFARTH SHAW LLP
Dana L. Peterson (State Bar No. 178499) (dpeterson@seyfarth.com)
Michael J. Burns (State Bar No. 172614) (mburns@seyfarth.com)
Sharon Ongerth Rossi (State Bar No. 232725) (srossi@seyfarth.com)
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendants
SERCO GROUP PLC, SERCO INC., improperly sued as
SERCO, INC. DE; RAQUEL SANCHEZ;
KEITH HULBERT; and MIKE HENRY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY SANOCKI,<br><br>    Plaintiff,<br><br>v.<br><br>SERCO GROUP PLC, SERCO, INC. DE, PAUL CARPMAEL, an individual, RAQUEL SANCHEZ, an individual, KEITH HULBERT, an individual, MIKE HENRY, an individual, and DOES 1-50, inclusive,<br><br>    Defendants. | Case No. _____<br><br>[Removal from San Francisco Superior Court Case No. CGC-07-465608]<br><br>**NOTICE OF INTERESTED PARTIES** |

TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:

The undersigned counsel of record for Defendants SERCO GROUP PLC, SERCO INC., improperly sued as SERCO, INC. DE; RAQUEL SANCHEZ; KEITH HULBERT; and MIKE HENRY certify that the following listed parties have a direct pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate the possible disqualification or recusal.

///

///

///

- 1 -
NOTICE OF INTERESTED PARTIES

| | | |
|---|---|---|
| 1 | 1. | Serco Group PLC; |
| 2 | 2. | Serco Inc., improperly sued as Serco, Inc. De; |
| 3 | 3. | Serco Group Inc. |
| 4 | 4. | Serco Holdings LTD. |
| 5 | 5. | Raquel Sanchez; |
| 6 | 6. | Keith Hulbert; and |
| 7 | 7. | Mike Henry. |

DATED: May 30, 2008

SEYFARTH SHAW LLP

By _____
Sharon Rossi
Attorneys for Defendants
SERCO GROUP PLC, SERCO, INC., improperly sued as SERCO, INC. DE; RAQUEL SANCHEZ; KEITH HULBERT; and MIKE HENRY

SF1 28323533.1

- 2 -
NOTICE OF INTERESTED PARTIES