SEYFARTH SHAW LLP
Dana L. Peterson (State Bar No. 178499) (dpeterson@seyfarth.com)
Michael J. Burns (State Bar No. 172614) (mburns@seyfarth.com)
Sharon Ongerth Rossi (State Bar No. 232725) (srossi@seyfarth.com)
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendants
SERCO GROUP PLC, SERCO INC., improperly sued as
SERCO, INC. DE; RAQUEL SANCHEZ;
KEITH HULBERT; and MIKE HENRY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY SANOCKI,<br><br>    Plaintiff,<br><br>v.<br><br>SERCO GROUP PLC, SERCO, INC. DE, PAUL CARPMAEL, an individual, RAQUEL SANCHEZ, an individual, KEITH HULBERT, an individual, MIKE HENRY, an individual, and DOES 1-50, inclusive,<br><br>    Defendants. | Case No. _____ 2740<br><br>**[Removal from San Francisco Superior Court Case No. CGC-07-465608]**<br><br>**NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1446 (a) AND (d)** |

TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:

PLEASE TAKE NOTICE that on May 30, 2008, Defendants SERCO GROUP PLC, SERCO INC., improperly sued as SERCO, INC. DE; RAQUEL SANCHEZ; KEITH HULBERT; and MIKE HENRY filed with the Superior Court of the State of California, County of San Francisco, their Notice to the State Court of Removal to Federal Court of the above-captioned action and notified Plaintiff of the removal in compliance with 28 U.S.C. § 1446(d).

///

///

///

1  A true and correct copy of the Notice to State Court of Removal is attached hereto, without exhibits, as **Exhibit A**. Pursuant to 1446(a), Defendants are also concurrently filing a copy of all process, pleadings, and orders filed in the Superior Court and served on Defendants in this action.

DATED: May 30, 2008

SEYFARTH SHAW LLP

By_____
Sharon Rossi
Attorneys for Defendants
SERCO GROUP PLC, SERCO, INC.,
improperly sued as SERCO, INC. DE;
RAQUEL SANCHEZ; KEITH HULBERT;
and MIKE HENRY

SF1 28323551.1

- 2 -
NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1446(a) and (d)

# EXHIBIT A

| | |
|---|---|
| 1 | SEYFARTH SHAW LLP |
| | Dana L. Peterson (State Bar No. 178499) |
| 2 | Michael J. Burns (State Bar No. 172614) |
| | Sharon Ongerth Rossi (State Bar No. 232725) |
| 3 | 560 Mission Street, Suite 3100 |
| | San Francisco, California 94105 |
| 4 | Telephone: (415) 397-2823 |
| | Facsimile: (415) 397-8549 |
| 5 | |
| | Attorneys for Defendants |
| 6 | SERCO GROUP PLC, SERCO INC., improperly sued as |
| | SERCO, INC. DE; RAQUEL SANCHEZ; |
| 7 | KEITH HULBERT; and MIKE HENRY |

SUPERIOR COURT OF THE STATE OF CALIFORNIA

CITY AND COUNTY OF SAN FRANCISCO - UNLIMITED

| | |
|---|---|
| TIMOTHY SANOCKI, | Case No. CGC-07-465608 |
| Plaintiff, | **NOTICE TO STATE COURT AND TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT** |
| v. | |
| SERCO GROUP PLC, SERCO, INC. DE, PAUL CARPMAEL, an individual, RAQUEL SANCHEZ, an individual, KEITH HULBERT, an individual, MIKE HENRY, an individual, and DOES 1-50, inclusive, | |
| Defendants. | |

TO THE CLERK FOR THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO AND TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on May 30, 2008, SERCO INC., improperly sued as SERCO, INC. DE, SERCO GROUP PLC,; RAQUEL SANCHEZ; KEITH HULBERT; and MIKE HENRY (collectively "Defendants") filed with the United States District Court for the Northern District of California a Notice of Removal of the above-captioned action from the Superior Court of the State of California for the County of San Francisco. Attached hereto as **Exhibit 1** is a true and correct copy of that Notice of Removal without the attached Exhibits.

1 |       The Superior Court of the State of California for the County of San Francisco is hereby
2 | advised to proceed no further with this matter unless and until the case is remanded.
3 | DATED: May 30, 2008

                              SEYFARTH SHAW LLP

                              By_____
                                  Sharon Rossi
                              Attorneys for Defendants
                              SERCO GROUP PLC, SERCO, INC.,
                              improperly sued as SERCO, INC. DE;
                              RAQUEL SANCHEZ; KEITH HULBERT;
                              and MIKE HENRY

SF1 28323514.1