UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Timothy Sanocki

                Plaintiff(s),

v.

Serco Group PLC, et al.

                Defendant(s).
_____/

Case No. 3:08-cv-02740-MHP

ADR CERTIFICATION BY PARTIES
AND COUNSEL

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

      **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 8-18-08

Dated: 8-18-08

/ s /
_____
[Party]

_____
[Counsel]

I, David S. Secrest, declare as follows:

1. I am the attorney of record for plaintiff Timothy Sanocki in this action, and make this Declaration of my own personal knowledge. I am an attorney at law licensed to practice in the U.S. District Court, No. Dist., California. I make this declaration of my own personal knowledge.

2. If I am called upon to testify about these matters, I can and will competently do so.

3. I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

I certify under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

Dated: August 18, 2008

        Law Offices of David S. Secrest
        A Professional Corporation

        _____
        David S. Secrest
        Attorney for Plaintiff
        Timothy Sanocki

LAW OFFICES OF
DAVID S. SECREST
A PROFESSIONAL CORPORATION
504 Plaza Alhambra, Ste. 504
P.O. Box 1029
El Granada, CA 94018-1029

-1-

*Timothy Sanocki v. Serco Group PLC, et al..*; Case No. 3:08-cv-02740-MHP
ADR CERTIFICATION BY PARTIES AND COUNSEL