```
 1  SEYFARTH SHAW LLP
    Dana L. Peterson (SBN 178499)
 2  Adrienne Nelson (SBN 209305)
    560 Mission Street, Suite 3100
 3  San Francisco, California 94105
    Telephone: (415) 397-2823
 4  Facsimile: (415) 397-8549

 5  Attorneys for Defendants Serco Group PLC,
    Serco Inc., improperly sued as Serco, Inc., DE,
 6  Raquel Sanchez, Keith Hulbert, Mike Henry
```

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY SANOCKI, | Case No. CV 08-2740 MHP |
| Plaintiff, | **NOTICE OF WITHDRAWAL FROM E-FILING** |
| v. | |
| SERCO GROUP PLC, SERCO, INC. DE, PAUL CARPMAEL, an individual, RAQUEL SANCHEZ, an individual, KEITH HULBERT, an individual, MIKE HENRY, an individual, and DOES 1-50, inclusive, | |
| Defendants. | |

TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that Michael J. Burns and Sharon Ongerth Rossi, with the firm of Seyfarth Shaw, are no longer attorneys of record in the above-entitled matter.

///

///

///

///

- 1 -
NOTICE TO OF WITHDRAWAL FROM E-FILING; CASE NO. CV 08-2740 MHP

1      Dana L. Peterson and Adrienne E. Nelson remain as counsel of record for Defendants,
2  Serco Group PLC, Serco Inc., improperly sued as Serco, Inc. DE; Raquel Sanchez; Keith
3  Hulbert, and Mike Henry, in this case. All further communications in this matter should be
4  directed to said counsel.

DATED: September 4, 2008

SEYFARTH SHAW LLP

By _[signature]_
Dana L. Peterson, Attorneys for Defendants
Serco Group PLC, Serco Inc., improperly
sued as Serco Inc., DE, Raquel Sanchez,
Keith Hulbert and Mike Henry