1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Law Offices of David S. Secrest
A Professional Corporation
David S. Secrest, Esq. [State Bar #142299]
504 Plaza Alhambra, Suite 205
P. O. Box 1029
El Granada, CA 94018-1029
Tel: 650-726-7461
Fax: 650-726-7471
Attorney for Plaintiff
Timothy Sanocki

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

TIMOTHY SANOCKI,

    Plaintiff,

v.

SERCO GROUP PLC, SERCO, INC. DE,
PAUL CARPMAEL, an individual, RAQUEL
SANCHEZ, an individual, KEITH HULBERT,
an individual, MIKE HENRY, an individual,
and DOES 1-50, inclusive,

    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. CV 08-2740 MHP

**STIPULATION FOR CONTINUANCE
OF HEARING ON PLAINTIFF
TIMOTHY SANOCKI'S MOTION FOR
REMAND, AND FOR COSTS;
~~PROPOSED~~ ORDER**

Current Date: October 20, 2008
Requested Date: November 17, 2008
Time: 2:00 p.m.
Courtroom 15, 18th Floor
Complaint Filed: July 30, 2007
Removal: May 30, 2008

**STIPULATION FOR CONTINUANCE OF HEARING ON
PLAINTIFF TIMOTHY SANOCKI'S MOTION FOR REMAND, AND FOR COSTS**

    The Court has ordered a hearing on PLAINTIFF TIMOTHY SANOCKI'S MOTION FOR

REMAND, AND FOR COSTS, now set for October 20, 2008, at 2:00 p.m., in Courtroom 15, the

Honorable Judge Marilyn Hall Patel, presiding.

    The parties have reached a tentative settlement in this case as a result of discussions that

occurred after the Court issued said Order, and after the matter was fully briefed by the parties.

    As a result, the parties wish to continue the hearing on said motion as settlement is

finalized, until a date that has been suggested by the Court, which is November 17, 2008, at 2:00

LAW OFFICES OF
DAVID S. SECREST
A PROFESSIONAL CORPORATION
504 Plaza Alhambra, Ste. 205
P.O. Box 1029
El Granada, CA 94018-1029

1   p.m., in Courtroom 15.

2        The parties hereby so stipulate, and respectfully request the Court accept the Stipulation.

3   DATED:        October 17, 2008

4                        Law Offices of David S. Secrest
                         A Professional Corporation

5
                         /s/ David S. Secrest
6                        _____

7                        David S. Secrest
                         Attorney for Plaintiff
8                        Timothy Sanocki

9

10  DATED:        October 17, 2008

11                       Seyfarth Shaw LLP

12                       /s/ Dana Peterson
                         _____
13                       Dana Peterson
                         Attorney for Defendants
14                       Serco Group PLC, Serco, Inc., Raquel Sanchez, Keith Hulbert, Mike Henry

15  THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

16

17  DATED:

18

19                       Hon. Marilyn Hall Patel
                         Judge, United States District Court, N.D. Cal.
20

21                                   IT IS SO ORDERED

22                                   Judge Marilyn H. Patel

23

24

25

26

27

28

**STIPULATION FOR CONTINUANCE OF HEARING**
*Timothy Sanocki v. Serco Group PLC, et al.,* **Case. No. CV 08-2740  MHP**