1  Law Offices of David S. Secrest
   A Professional Corporation
2  David S. Secrest (SBN 142299)
   504 Plaza Alhambra, Suite 205
3  P.O. Box 1029
   El Granada, CA  94018-1029
4  Tel:  650-726-7461
   Fax:  650-726-7471
5  Attorney for Plaintiff Timothy Sanocki

6  SEYFARTH SHAW LLP
   Dana L. Peterson (SBN: 178499)
7  560 Mission Street, Suite 3100
   San Francisco, California 94105
8  Telephone: (415) 397-2823
   Facsimile: (415) 397-8549

9
   Attorneys for Defendant
10 SERCO GROUP PLC, SERCO, INC. DE,
   PAUL CARPMAEL, RAQUEL SANCHEZ,
11 KEITH HULBERT, MIKE HENRY

12

13

14                   UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16 TIMOTHY SANOCKI,                          )  Case No. CV 08-2740 MHP
                                             )
17             Plaintiff,                     )  **STIPULATION FOR CONTINUANCE**
                                             )  **OF HEARING ON PLAINTIFF**
18        v.                                  )  **TIMOTHY SANOCKI'S MOTION FOR**
                                             )  **REMAND, AND FOR COSTS;**
19 SERCO GROUP PLC, SERCO, INC. DE,          )  **[PROPOSED] ORDER**
   PAUL CARPMAEL, RAQUEL SANCHEZ,            )
20 KEITH HULBERT, MIKE HENRY, and            )
   DOES  1-50, inclusive                      )
21                                            )
               Defendants.                    )
22 _____)

23

24        The parties herein, Plaintiff Timothy Sanocki ("Plaintiff") and Defendants SERCO

25 Group, PLC, SERCO, Inc. (erroneously sued as SERCO, INC. DE), Paul Carpmael, Raquel

26 Sanchez, Keith Hulbert, and Mike Henry (collectively "Defendants") have reached a settlement

27 of this action and are currently awaiting the appropriate signatures on the Settlement Agreement.

28 It is anticipated that this will be completed next week

   STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER/Case No. CV 08-2740 MHP

1      IT IS HEREBY STIPULATED, by and between Plaintiff and Defendants, by and through

2  their respective attorneys of record, that the hearing on the Plaintiff's Motion to Remand,

3  currently set for hearing on Monday, November 17, 2008, at 2:00 p.m., shall be continued to a

4  date uncertain to be determined by the Court.  As soon as all signatures to the Settlement

5  Agreement have been obtained, the parties will file their Stipulation to Dismiss this action in its

6  entirety.

7      IT IS SO STIPULATED.

8  DATED: November 14, 2008                    SEYFARTH SHAW LLP

9

10                                             By_____/S/_____
                                                     Dana L. Peterson
11                                             Attorneys for Defendants
                                               SERCO GROUP PLC, SERCO, INC. DE,
12                                             PAUL CARPMAEL, RAQUEL SANCHEZ,
                                               KEITH HULBERT, and MIKE HENRY
13
   DATED:  November14, 2008                    LAW OFFICES OF DAVID S. SECREST
14

15

16                                             By_____/S/_____
                                                     David S. Secrest
17                                             Attorney for Plaintiff
                                               TIMOTHY SANOCKI
18

19

20                                  **ORDER**

21      Pursuant to the stipulation of the parties, the above entitled action is continued to the

22  following date and time:  December 15, 2008 at 2:00 PM.
                           _____.

23      IT IS SO ORDERED.

24  DATED: _____11/18_____ 2008

25                                                                    H. Patel,
                                                                 ourt Judge

26

27                                              Judge Marilyn H. Patel

28
                                      -2-
   STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER  Case No. CV 08-2740 MHP
   SF1 28339445.1 / 19646-000096