| | |
|---|---|
| 1 | Law Offices of David S. Secrest |
|   | A Professional Corporation |
| 2 | David S. Secrest (SBN 142299) |
|   | 504 Plaza Alhambra, Suite 205 |
| 3 | P.O. Box 1029 |
|   | El Granada, CA  94018-1029 |
| 4 | Tel:  650-726-7461 |
|   | Fax:  650-726-7471 |
| 5 | Attorney for Plaintiff Timothy Sanocki |
| 6 | SEYFARTH SHAW LLP |
|   | Dana L. Peterson (SBN: 178499) |
| 7 | 560 Mission Street, Suite 3100 |
|   | San Francisco, California 94105 |
| 8 | Telephone: (415) 397-2823 |
|   | Facsimile: (415) 397-8549 |
| 9 | |
|   | Attorneys for Defendant |
| 10 | SERCO GROUP PLC, SERCO, INC. DE, |
|   | PAUL CARPMAEL, RAQUEL SANCHEZ, |
| 11 | KEITH HULBERT, MIKE HENRY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TIMOTHY SANOCKI, | ) | Case No. CV 08-2740 MHP |
| | ) | |
| Plaintiff, | ) | **STIPULATION FOR DISMISSAL WITH PREJUDICE AND [~~PROPOSED~~] ORDER** |
| v. | ) | |
| | ) | |
| SERCO GROUP PLC, SERCO, INC. DE, PAUL CARPMAEL, RAQUEL SANCHEZ, KEITH HULBERT, MIKE HENRY, and DOES 1-50, inclusive | ) ) ) ) | |
| Defendants. | ) | |

Plaintiff TIMOTHY SANOCKI ("Plaintiff") and Defendants SERCO GROUP PLC, SERCO, INC. (erroneously sued as SERCO, INC. DE), PAUL CARPMAEL, RAQUEL SANCHEZ, KEITH HULBERT, and MIKE HENRY (collectively "Defendants") have reached a settlement of this action.

STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER/Case No. CV 08-2740 MHP

1  IT IS HEREBY STIPULATED, by and between Plaintiff and Defendants, by and through
2  their respective attorneys of record, that this action shall be dismissed with prejudice.
3  IT IS SO STIPULATED.

4  DATED: November __, 2008                    SEYFARTH SHAW LLP

6                                              By_____/S/_____
7                                                    Dana L. Peterson
                                                Attorneys for Defendants
                                                SERCO GROUP PLC, SERCO, INC. DE,
8                                               PAUL CARPMAEL, RAQUEL SANCHEZ,
                                                KEITH HULBERT, and MIKE HENRY
9
   DATED:  November__, 2008                    LAW OFFICES OF DAVID S. SECREST
10

12                                              By_____/S/_____
                                                      David S. Secrest
                                                Attorney for Plaintiff
13                                              TIMOTHY SANOCKI

16                                    **ORDER**

17  Pursuant to the stipulation of the parties, the above entitled action is dismissed with
18  prejudice.
19  IT IS SO ORDERED.
20  DATED: __12/16_____ 2008

IT IS SO ORDERED
Judge Marilyn H. Patel